**FILED**

SEP 23 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK OTIS NELSON,

    Petitioner,

v.

D. K. SISTO, Warden,

    Respondent.

No. C 11-00313 JF (PR)

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION

(Docket No. 13)

    Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 15, 2011, Respondent filed a motion to dismiss the petition, (Docket No. 11), to which Petitioner had thirty days to file opposition, *i.e.*, no later than September 14, 2011. Petitioner has filed a motion for a 30-days extension of time to file an opposition. (Docket No. 13.) Good cause appearing, Petitioner's motion is GRANTED, such that his opposition to Respondent's motion to dismiss shall be filed **no later than October 14, 2011**.

    This order terminates Docket No. 13.

DATED: _____

JEREMY FOGEL
United States District Judge

Order Granting Motion for Ext. of Time to File Oppo.
P:\PRO-SE\SJ.JF\HC.11\00313Nelson_eot-oppo.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PATRICK OTIS NELSON,

        Petitioner,

v.

GARY SWARTHOUT, Warden,

        Respondent.

Case Number: CV11-00313 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  9/23/11 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patrick Otis Nelson P-90846
CALIFORNIA STATE PRISON, SOLANO (4000)
P.O. BOX 4000
VACAVILLE, CA 95696-4000

Dated:  9/23/11

Richard W. Wieking, Clerk
E. Garcia, Deputy Clerk