**FILED**

SEP 23 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK OTIS NELSON, <br><br> Petitioner, <br><br> v. <br><br> D. K. SISTO, Warden, <br><br> Respondent. | No. C 11-00313 JF (PR) <br><br> ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION <br><br><br> (Docket No. 13) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 15, 2011, Respondent filed a motion to dismiss the petition, (Docket No. 11), to which Petitioner had thirty days to file opposition, *i.e.*, no later than September 14, 2011. Petitioner has filed a motion for a 30-days extension of time to file an opposition. (Docket No. 13.) Good cause appearing, Petitioner's motion is GRANTED, such that his opposition to Respondent's motion to dismiss shall be filed **no later than October 14, 2011**.

This order terminates Docket No. 13.

DATED: 9/21/11

JEREMY FOGEL
United States District Judge

Order Granting Motion for Ext. of Time to File Oppo.
P:\PRO-SE\SJ.JF\HC.11\00313Nelson_eot-oppo.wpd       1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PATRICK OTIS NELSON,

         Petitioner,

v.

GARY SWARTHOUT, Warden,

         Respondent.

Case Number: CV11-00313 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __9/23/11__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patrick Otis Nelson P-90846
CALIFORNIA STATE PRISON, SOLANO (4000)
P.O. BOX 4000
VACAVILLE, CA 95696-4000

Dated: __9/23/11__

Richard W. Wieking, Clerk
E. Garcia, Deputy Clerk